UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
July 5, 2017
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

AHMAD NASSAR,

Defendant.

Case No. 2:17-cr-00104-KJM

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release AHMAD NASSAR

Case No. 2:17-cr-00104-KJM Charge 18 USC §1029(a)(3), 1708, 922(g)(1) from custody for the following reasons:

_____ Release on Personal Recognizance

X Bail Posted in the Sum of $ _____

X Unsecured Appearance Bond $ 75,000 co-signed by sister, Raghde Nassar and father, Sami Nassar

_____ Appearance Bond with 10% Deposit

_____ Appearance bond with surety

_____ Corporate Surety Bail Bond

X (Other): Pretrial conditions as stated on the record in open court. Defendant to be released on 7/6/2017 at 10:00 AM.

Issued at Sacramento, California on July 5, 2017 at 2:00 PM

By: _____
Magistrate Judge Kendall J. Newman