FILED
August 14, 2017
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>v.<br><br>AHMAD NASSAR,<br><br>    Defendant. | Case No. 2:17-cr-00104-KJM<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release, AHMAD NASSAR, Case No. 2:17-cr-00104-KJM from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

\_\_\_ Release on Personal Recognizance

_X_ Bail Posted in the Sum of: $75,000.00.

    _X_ Co-signed Unsecured Appearance Bond

    \_\_\_ Secured Appearance Bond

    _X_ (Other) Previously ordered conditions and additional conditions as stated on the record.

    _X_ (Other) The Defendant shall be released on August 15, 2017 at 9:00 a.m. to the custody of the Pretrial Services Officer.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on 8/14/2017 at 1:45 pm.

By _____
Edmund F. Brennan
United States Magistrate Judge