# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF CALIFORNIA

### SECOND PRETRIAL SERVICES VIOLATION PETITION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> v. <br> **Ahmad Nassar** | Docket No. 2:17-CR-00104-KJM-1 <br> **Federal Charges**: 18:1029(a)(3)-Unlawfully Possessing Fifteen or More Access Devices; 18:1708-Possession of Stolen Mail; 18:922(g)(1)-Felon in Possession of Firearm; 18:924(d)(1), 981(a)(1)(C), 28:246(c), 18:982(a)(2)(A) and (a)(2)(B) and Criminal Forfeiture |

**COMES NOW,** Renee M. Basurto Pretrial Services Officer of the Court, presenting an official report upon the conduct of Ahmad Nassar, who was placed on bond by the Honorable Edmund F. Brennan sitting in the Court at Sacramento, California, on August 9, 2017, who imposed the following RELEVANT condition(s) of pretrial release which are at issue in this report:

**RELEVANT CONDITION(S):** On August 15, 2017, you must report to Wellspace Residential inpatient facility directly following your intake appointment at Pretrial Services, and comply with all the rules and regulations of the program. You must remain at the inpatient facility until released by the pretrial services officer.

**ALLEGED VIOLATION CONDUCT:** On September 9, 2017, the defendant failed to comply with the rules and regulations at Wellspace Residential inpatient facility. Wellspace Residential staff contacted Pretrial Services on September 11, 2017, and advised they intend to unsuccessfully discharge Mr. Nassar from the treatment program on September 12, 2017.

Pretrial Services has obtained a copy of the Wellspace Client Incident Report dated September 9, 2017, which reflects the defendant is "antagonistic, defiant and manipulative with staff." A copy of the incident report will be attached to the Pretrial Services Bail Violation Memorandum.

**PRAYING THAT THE COURT WILL ORDER** a bail violation hearing held on September 12, 2017, at 2:00p.m. before the Duty Magistrate Judge. All parties have been notified of the proposed date and time of this hearing.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

/s/ Renee M. Basurto

Dated: September 11, 2017    U.S. Pretrial Services Officer

## ORDER

- ☐ The Court hereby orders a bench warrant be issued for the arrest of the defendant.
- ☐ The Court hereby orders this ex parte motion and order be sealed.
- ☐ The Court orders a summons be issued with an appearance date of            .
- ☒ The Court hereby orders this matter placed on this court's calendar on September 12, 2017 at 2:00 p.m., and orders the Pretrial Services officer to contact the defendant and/or attorney of record to advise them of said order.
- ☐ The Court orders no action be taken.
- ☐ Petition submitted by email/pdf and attested to me as true and accurate by telephone consistent with Fed. R. Crim. P. 4.1 and 4(d) before me.

Dated: September 11, 2017

UNITED STATES MAGISTRATE JUDGE