**LAW OFFICES OF JOHNNY L. GRIFFIN III**
**JOHNNY L. GRIFFIN III (State Bar No. 118694)**
1010 F Street, Suite 200
Sacramento, CA 95814
Telephone: (916) 444-5557
Facsimile: (916) 444-5558

Attorneys for Defendant
**AHMAD NASSAR**

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:17-cr-00104-KJM |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO VACATE OCTOBER 30, 2017 HEARING DATE** |
| vs. | |
| AHMAD NASSAR | DATE: October 30, 2017 |
| | TIME: 2:00 p.m. |
| Defendant | COURT: Hon. Deborah Barnes |

Defendant, AHMAD NASSAR, by and through his counsel of record, and Plaintiff United States of America, by and through its counsel of record, hereby stipulate as follows:

1. On August 9, 2017, Magistrate Judge Edmund F. Brennan revoked Defendant's pretrial release and ordered him detained pending transfer to the Well Space Drug Treatment Center on August 15, 2017. The court further ordered the matter set for further hearing on October 30, 2017 to review Defendant's progress in the drug treatment program and to decide his custody status upon completion.

STIPULATION - 1

2. On September 11, 2017, Magistrate Judge Allison Claire ordered the matter placed on her September 12, 2017 2:00 p.m. calendar for hearing on a Second Pretrial Services Violation Petition.

3. On September 12, 2017, after hearing arguments from both counsel, Magistrate Judge ordered Defendant's bail revoked without prejudice and Defendant was remanded. Defendant remains in custody and is being housed at the Sacramento County Jail.

4. During the September 12, 2017 hearing, the parties inadvertently failed to request that the previously scheduled October 30, 2017 hearing be vacated.

5. Accordingly, inasmuch as Defendant is no longer undergoing rehabilitative treatment at the Well Space Drug Treatment Center, the parties hereby request that the scheduled hearing date of October 30, 2017 be vacated

Dated: October 24, 2017    /s/ Johnny L. Griffin, III
JOHNNY L. GRIFFIN, III
Attorney for Defendant Ahmad Nassar

Dated: October 24, 2017    PHILLIP A. TALBERT
United States Attorney

/s/ Matthew Yelovich (as authorized on October 24, 2017)
MATTHEW YELOVICH
Assistant United States Attorney

**IT IS SO ORDERED.**

Dated: October 25, 2017.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

STIPULATION - 2