UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
May 15, 2018
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-cr-00104-KJM |
| Plaintiff, | |
| v. | **ORDER FOR RELEASE OF PERSON IN CUSTODY** |
| AHMAD NASSAR, | |
| Defendant. | |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release __AHMAD NASSAR__,

Case No. __2:17-cr-00104-KJM__ Charge __18 U.S.C. § 1029(a)(3), 1708, 922(g)(1)__,

from custody for the following reasons:

    \_\_\_\_\_ Release on Personal Recognizance

    \_\_\_\_\_ Bail Posted in the Sum of $ _____

                                                                                                    Previously Order

  **X**    Unsecured Appearance Bond $    Unsecured Appearance Bond $75,000.00

    \_\_\_\_\_ Appearance Bond with 10% Deposit

    \_\_\_\_\_ Appearance Bond with Surety

    \_\_\_\_\_ Corporate Surety Bail Bond

  **X**    (Other): __Pretrial conditions as stated on the record.__

Issued at Sacramento, California on May 15, 2018 at 2:00 pm.

By: _____

Magistrate Judge Allison Claire