HEATHER E. WILLIAMS, #122664
Federal Defender
CAROLYN M. WIGGIN, Bar #182732
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant-Movant
AHMAD NASSAR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 2:17-cr-00104-KJM-1 |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **SEALING ORDER** |
| vs. | ) | |
| | ) | JUDGE:  Hon. Kimberly J. Mueller |
| AHMAD NASSAR, | ) | |
| Defendant-Movant. | ) | |

IT IS HEREBY ORDERED that the Request to Seal Exhibit A to Defendant-Movant's Renewed Motion for Compassionate Release under 18 U.S.C. § 3582(c)(1)(A) be granted so that medical information is not available on the public docket.  The Request and its Exhibit A are to be provided to the Court and Assistant United States Attorney Laura Withers.

These documents shall remain under seal until further Order of the Court.

**IT IS SO ORDERED.**

DATED: March 19, 2021.

CHIEF UNITED STATES DISTRICT JUDGE

Nassar:  Sealing Order