UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
March 28, 2024
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:17-cr-0104 KJM |
|---|---|
| Plaintiff, | |
| v. | **ORDER FOR RELEASE OF PERSON IN CUSTODY** |
| AHMAD NASSAR | |
| Defendant. | |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>AHMAD NASSAR</u>

Case No. <u>2:17-cr-0104 KJM</u> Charges <u>18 USC §3606</u> from custody for the following reasons:

☐ Release on Personal Recognizance

☐ Bail Posted in the Sum of $ _____

☐ Unsecured Appearance Bond $ _____

☐ Appearance Bond with 10% Deposit

☐ Appearance Bond with Surety

☐ Corporate Surety Bail Bond

☒ (Other): Defendant to be released on MARCH 29, 2024 at 9:00 AM to Nader Nassar.

Issued at Sacramento, California on March 28, 2024 at 3:11 PM

By: /s/ Carolyn K. Delaney

Chief Magistrate Judge Carolyn K. Delaney