| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, SBN 122664 |
|   | Federal Defender |
| 2 | HOOTAN BAIGMOHAMMADI, SBN 279105 |
|   | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
|   | 801 I Street, Third Floor |
| 4 | Sacramento, CA 95814 |
|   | T: (916) 498-5700 |
| 5 | F: (916) 498-5710 |
| 6 | Attorneys for Defendant |
|   | AHMAD NASSAR |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:17-CR-104-KJM |
| Plaintiff, | ) | **STIPULATION AND ORDER FOR TEMPORARY RELEASE FROM CUSTODY TO FOR BIRTH OF CHILD** |
| vs. | ) | |
| AHMAD NASSAR, | ) | Judge: Hon. Caroline K. Delaney |
| Defendant. | ) | |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through Elliot Wong, Assistant United States Attorney, counsel for Plaintiff, and Heather E. Williams, Federal Defender, through Assistant Federal Defender Hootan Baigmohammadi, counsel for Defendant Ahmad Nassar, that compelling reasons exist pursuant to 18 U.S.C. § 3142(i) for Mr. Nassar to be ordered temporarily released from custody at Sacramento County Jail on Friday, March 29, 2024, at 9:00 a.m. His wife, Rana Habbas, will be induced to go into labor on March 30, 2024. Exhibit A, *Letter from Medical Provider*. The temporary release will allow him to be present and to provide support during the childbirth. Mr. Nassar is a supervised release detainee, and the government has no opposition to this temporary release under the terms and conditions in this stipulation.

//

//

The parties specifically stipulate to the following conditions of temporary release for Mr. Nassar.

1. Mr. Nassar shall be released from pretrial custody at Sacramento County Jail to the third-party custody of his brother, Nader Nassar (hereinafter "Nader"), on Friday, March 29, 2024, at 9:00 a.m.

2. Mr. Nassar shall review and sign the Notice to Defendant Being Released (attached as Exhibit B) and file it on the docket.

3. Mr. Nassar shall remain in either the third-party custody of Nader or their father, Sami Nassar[1], at all times.

4. Mr. Nasser must reside at his father's residence located at 8301 Boron Way, Sacramento, California 95828.

5. Nader or Mr. Nassar, Sr., shall return Mr. Nassar to Sacramento County Jail custody no later than Monday, April 1, 2024, at 5:00 pm.

6. Mr. Nassar shall abide by the following additional conditions:

    a. You must not participate in any form of gambling (including, but not limited to, lotteries, online wagering, or sports betting) and you must not enter any casino or other establishment where gambling is the primary purpose (e.g., horse racetracks, off-track betting establishments).

    b. You must not possess or use a computer, phone, or any device that has access to any "on-line computer service."  This includes any Internet service provider, bulletin board system, or any other public or private computer network.

    c. You must not consume any alcohol. You must not use any drug or controlled substance, unless for a documented medical need and specifically approved, in advance, by your probation officer.

    d. You must abide by all standard release conditions.

//

---

[1] Hereinafter Mr. Nassar, Sr.

7. Nader and Mr. Nassar, Sr., shall immediately report any violations of release conditions committed by Mr. Nassar to United States Probation.

8. If at any time while Mr. Nassar is on temporary release it is determined that Ms. Habbas will not be induced between March 29, 2024, and April 1, 2024, at 5:00 p.m., Mr. Nassar shall immediately surrender himself back to custody at the Sacramento County Jail.

Respectfully submitted,

DATED: March 28, 2024              HEATHER E. WILLIAMS
                                   Federal Defender

                                   */s/ Hootan Baigmohammadi*
                                   HOOTAN BAIGMOHAMMADI
                                   Assistant Federal Defender
                                   Attorneys for Mr. Nassar


DATED: March 28, 2024              PHILLIP A. TALBERT
                                   United States Attorney

                                   */s/ Elliot Wong*
                                   ELLIOT WONG
                                   Assistant United States Attorney
                                   Attorneys for Plaintiff

**ORDER**

GOOD CAUSE APPEARING, the Court adopts the attached stipulation in its entirety and orders the temporary release of Mr. Nassar under the terms and conditions stipulated to by the parties. Defendant is to be released on April 29, 2024, at 9:00 am to the custody of Nader Nassar.

IT IS SO ORDERED.

Dated:  March 28, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE