UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
March 29, 2024
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AHMAD NASSAR<br><br>Defendant. | Case No. 2:17-cr-0104 KJM<br><br>**AMENDED**<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>AHMAD NASSAR</u>

Case No. <u>2:17-cr-0104 KJM</u>  Charges <u>18 USC §3606</u> from custody for the following reasons:

    \_\_\_\_\_    Release on Personal Recognizance

    \_\_\_\_\_    Bail Posted in the Sum of $ _____

        \_\_\_\_\_    Unsecured Appearance Bond $ _____

        \_\_\_\_\_    Appearance Bond with 10% Deposit

        \_\_\_\_\_    Appearance Bond with Surety

        \_\_\_\_\_    Corporate Surety Bail Bond

    X    (Other):Defendant to be released on MARCH 29, 2024 at 9:00 AM to Nader Nassar. <u>Defendant is to return to Sacramento County Jail no later than 5:00 PM on April 1, 2024 in accordance with the Stipulation and Order (ECF 114).</u>

Issued at Sacramento, California on March 29, 2024 at 10:45 AM

By:    /s/ Carolyn K. Delaney
           Chief Magistrate Judge Carolyn K. Delaney