UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>AHMAD NASSAR,<br><br>    Defendant. | No. 2:17-cr-00104-KJM<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO: THE UNITED STATES MARSHAL SERVICE

This is to authorize and direct you to release AHMAD NASSAR; Case No. 2:17-cr-00104-KJM, from custody for the following reasons:

    __ Release on Personal Recognizance

    __ Bail Posted in the Sum of $

              __ Unsecured Appearance Bond

              __ Appearance Bond with 10% Deposit

              __ Appearance Bond with Surety

              __ Corporate Surety Bail Bond

     **X** (Other): <u>Time Served as of 4/9/2024; Defendant to be released from Sacramento County Jail no later than 9:00 AM on 4/9/2024 to NADER NASSAR</u>.

Issued at Sacramento, California on April 8, 2021, at 10:00 a.m.

                                                 */s/ Kimberly J. Mueller*

                                                 Kimberly J. Mueller
                                                 United States District Judge