ERIC GRANT
United States Attorney
ELLIOT WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900


Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.  2:17-CR-00104-DAD |
|---|---|
| Plaintiff, | STIPULATION AND ORDER FOR CONTINUANCE OF REVOCATION HEARING |
| v. | DATE: February 2, 2026 |
| AHMAD NASSAR, | TIME: 9:30 a.m. |
| Defendant. | COURT: Hon. Dale A. Drozd |

STIPULATION AND [PROPOSED] ORDER

1

Plaintiff United States of America, by and through its attorney of record, Assistant United States Attorney ELLIOT WONG, and defendant AHMAD NASSAR, both individually and by and through his counsel of record, DAVID FISCHER, hereby stipulate as follows:

1.      This matter is currently scheduled for a revocation hearing on February 2, 2026.

2.      By this stipulation, the parties agree to continue the revocation hearing to February 13, 2026, at 9:30 AM in Courtroom 4 before District Judge Dale A. Drozd.  Good cause exists for the extension because of a necessary witness' scheduling conflict and unavailability.

IT IS SO STIPULATED.

Dated:  January 29, 2026

ERIC GRANT
United States Attorney

/s/ ELLIOT WONG
ELLIOT WONG
Assistant United States Attorney

Dated:  January 29, 2026

/s/ DAVID FISCHER
DAVID FISCHER
Counsel for Defendant
AHMAD NASSAR

**ORDER**

IT IS SO ORDERED.

Dated:   **January 30, 2026**

_____
DALE A. DROZD
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER

2